MICHELE AJELLO, SR., Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.* Judgment affirmed, with costs. No opinion. Young, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents upon the ground that defendant went beyond the bounds of its qualified privilege.

ALEX A. BONAR, Respondent, v. BLANCHE BONAR, Appellant.— Order denying defendant's motion for alimony pending the action and granting $200 counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

IKE COHEN, Respondent, v. SAMUEL KANTROWITZ, Appellant, and SAMUEL CHERON, Defendant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

PATRICK D'ARCY and CORNELIUS D'ARCY, Respondents, v. CHARLES H. WILTSIE, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

GREENLEAF REALTY CORPORATION, Appellant, v. PHŒNIX ASSURANCE COMPANY, LIMITED, OF LONDON, and Others, Respondents. THE SUFFOLK COUNTY TRUST COMPANY, Defendant.— Order granting motion for change of venue reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Defendant Suffolk County Trust Company having its principal office and place of business at Riverhead, Suffolk county, New York, and being a necessary and proper party to this action (*Lewis* v. *Guardian Fire & Life Assur. Co.*, 181 N. Y. 392), the action was properly brought in the county of Suffolk, and the order changing the place of trial to the county of New York was, under the circumstances, improperly made. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

HOMESTEAD FUNDS CORPORATION, etc., Respondent, v. BENNETT-MOCCIO REALTY CORPORATION and Others, Defendants. WOODSON R. OGLESBY, Appellant.— Order requiring appellant to complete purchase, and order amending pleadings and proceedings *nunc pro tunc*, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.